

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00339-CR

Shawn L. **SANDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5452
The Honorable Kevin M. O'Connell, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  June 24, 2015

MOTION TO DISMISS GRANTED; DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

Do not publish